IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated, (Address of Plaintiff: 330 Highland Avenue, Unit B, Palisades Park, NJ 07650)<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004),<br><br>Defendants. | Case No. 1:07-cv-01757<br>Honorable Richard W. Roberts |

**AGREED MOTION TO EXTEND TIME TO ANSWER**
**OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, and with plaintiffs' agreement, defendants Harman International Industries, Incorporated ("Harman"), Dr. Sidney Harman ("Dr. Harman"), Kevin Brown ("Brown"), and Sandra B. Robinson ("Robinson") respectfully request that the Court enter an order in the form attached hereto extending the time within which defendants have to answer or otherwise respond to the Complaint. In support of this Agreed Motion, defendants state as follows:

1. On October 1, 2007, plaintiffs filed this action as a purported class action alleging claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, (15 U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

2. On October 2, 2007, plaintiff served a copy of the Complaint on defendants Harman and Robinson. On that same date, defendants Dr. Harman and Brown agreed to accept service of the Complaint. Thus, at this time, defendants have all been served with a copy of the Complaint.

3. Based on the date of service, the deadline for defendants to file their answer or otherwise respond to the Complaint is October 22, 2007.

4. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)((3)(A)(i)(II), motions for Lead Plaintiff are to be filed no later than November 30, 2007.

5. Counsel for defendants have conferred with plaintiff's counsel, and the parties are in agreement that the interests of judicial economy will best be served by allowing defendants to wait to file a response to the Complaint (or any Amended Complaint) until after Lead Plaintiff has been appointed by the Court pursuant to the PSLRA.

6. Specifically, the parties have agreed as follows:

    a. Following the entry of an order approving Lead Plaintiff and approving Lead Plaintiff's selection of counsel, Lead Plaintiff shall have 60 days within which to file and serve an Amended Complaint;

    b. Defendants shall have 60 days thereafter to respond to Lead Plaintiff's Amended Complaint;

      c.      In the event defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have 60 days thereafter within which to file and serve any opposition to defendants' motion to dismiss; and

      d.      Defendants have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

WHEREFORE, defendants respectfully request that the Court grant this Agreed Motion and enter the order attached hereto extending the time for defendants to answer or otherwise respond to the Complaint or any Amended Complaint.

Respectfully submitted this 12th day of October, 2007.

/s/ Thomas F. Cullen, Jr. _____
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700
tcullen@jonesday.com

*Counsel for Defendants Harman International Industries, Inc., Dr. Sidney Harman, Kevin Brown, and Sandra B. Robinson*

## CERTIFICATE OF SERVICE

This is to certify that on this 12th day of October, 2007, I electronically filed the Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint using the CM/ECF system, which sent an electronic notice to the following party:

>Steven J. Toll, Esq.
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>1100 New York Avenue, NW
>West Tower, Suite 500
>Washington, DC 20005
>Tel:  (202) 408-4600
>Fax:  (202) 408-4699
>Email: stoll@cmht.com
>
>*Counsel for Plaintiff Cheolan Kim*

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated, (Address of Plaintiff: 330 Highland Avenue, Unit B, Palisades Park, NJ 07650)<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004),<br><br>Defendants. | Case No. 1:07-cv-01757<br>Honorable Richard W. Roberts |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

This matter having come before the Court on defendants' Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint, the Court having reviewed said motion, and good cause having been shown, it is this _____ day of October 2007,

ORDERED that the defendants' Agreed Motion to Extend Time is hereby GRANTED and that:

1. Following the entry of an order approving Lead Plaintiff and approving Lead Plaintiff's selection of counsel, Lead Plaintiff shall have 60 days within which to file and serve an Amended Complaint;

2. Defendants shall have 60 days thereafter to respond to Lead Plaintiff's Amended Complaint;

3. In the event defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have 60 days thereafter within which to file and serve any opposition to defendants' motion to dismiss; and

4. Defendants have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

_____
Richard W. Roberts
UNITED STATES DISTRICT JUDGE