IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated, (Address of Plaintiff: 330 Highland Avenue, Unit B, Palisades Park, NJ 07650)<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004),<br><br>　　　　　Defendants. | Case No. 1:07-cv-01757<br>Honorable Richard W. Roberts |

**Certificate Required by LCvR 7.1 of the Local Rules of the**
<u>**United States District Court for the District of Columbia**</u>

I, the undersigned, counsel of record for Harman International Industries, Incorporated ("Harman"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Harman which have any outstanding securities in the hands of the public.

Harman is a stock corporation organized under the laws of the State of Delaware with its principal place of business at 1101 Pennsylvania Avenue, NW, Suite 1010, Washington, D.C., 20004-2506. Harman has no parent, subsidiary or affiliate that has any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the

- 2 -

need for recusal.

Dated:	October 12, 2007	Respectfully submitted,


	/s/ Thomas F. Cullen, Jr.	
	Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
	JONES DAY
	51 Louisiana Avenue, N.W.
	Washington, D.C. 20001-2113
	Phone:  202-879-3939
	Fax: 202-626-1700
	tfcullen@jonesday.com

	*Counsel of Record for Harman International Industries, Incorporated*

**CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of October, 2007, I electronically filed the Certificate Required by LCvR 7.1 using the CM/ECF system, which sent an electronic notice to the following party:

>Steven J. Toll, Esq.
>COHEN MILSTEIN HAUSFELD & TOLL, PLLC
>1100 New York Avenue, NW
>West Tower, Suite 500
>Washington, DC 20005
>Tel:  (202) 408-4600
>Fax:  (202) 408-4699
>Email: stoll@cmht.com
>
>*Counsel for Plaintiff Cheolan Kim*

/s/ Thomas F. Cullen, Jr._____
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)