IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated, (Address of Plaintiff: 330 Highland Avenue, Unit B, Palisades Park, NJ 07650)<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON, (Address of Defendants: 1101 Pennsylvania Avenue, N.W. Suite 1010, Washington, DC 20004),<br><br>Defendants. | Case No. 1:07-cv-01757<br>Honorable Richard W. Roberts |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

This matter having come before the Court on defendants' Agreed Motion to Extend Time to Answer or Otherwise Respond to Complaint, the Court having reviewed said motion, and good cause having been shown, it is this 22nd day of October 2007,

ORDERED that the defendants' Agreed Motion to Extend Time is hereby GRANTED and that:

1.  Following the entry of an order approving Lead Plaintiff and approving Lead Plaintiff's selection of counsel, Lead Plaintiff shall have 60 days within which to file and serve an Amended Complaint;

2.   Defendants shall have 60 days thereafter to respond to Lead Plaintiff's Amended Complaint;

3.   In the event defendants move to dismiss the Amended Complaint, Lead Plaintiff shall have 60 days thereafter within which to file and serve any opposition to defendants' motion to dismiss; and

4.   Defendants have 30 days thereafter within which to file and serve a reply in support of the motion to dismiss.

_____
Richard W. Roberts
UNITED STATES DISTRICT JUDGE