**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br><br>　　　　　Defendants. | Case No. 1:07-cv-01757<br>Honorable Richard W. Roberts |

## JOINT RESPONSE TO THE COURT'S OCTOBER 23, 2007 ORDER

Plaintiffs and Defendants hereby jointly respond to the Court's October 23, 2007 Order requesting additional information regarding Plaintiffs' publication of notice of a class action law suit pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(A)(i)(I)-(II) (the "Notice Provision").

1. On October 1, 2007, Plaintiffs filed a class action complaint alleging that Harman International Industries, Incorporated ("Harman"), Dr. Sidney Harman, Kevin Brown, and Sandra B. Robinson violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, (15 U.S.C. §§ 78j(b) and 78t(a)), and Rule 10b-5 promulgated thereunder (17 C.F.R. § 240.10b-5).

2. On the same day, October 1, 2007, as is required by the PSLRA's Notice Provision, Plaintiffs caused to be published over the *Business Wire* a press release advising members of the purported class of: (1) the pendency of the action, the claims

asserted therein, and the purported class period; and (2) that, not later than 60 days after the date on which the notice is published, any member of the purported class may move the court to serve as lead plaintiff of the purported class. This is sufficient notice pursuant to the PSLRA's Notice Provision. 15 U.S.C. §78u-4(a)(3)(A)(i)(I)-(II); *Fishbury, Ltd. v. Connetics Corp.*, No. 06 Civ. 11496 (SWK), 2006 U.S. Dist. LEXIS 90696, at *5-6 (S.D.N.Y. Dec. 14, 2006) (*citing Bassin v. Decode Genetics, Inc*., 230 F.R.D. 313, 314 (S.D.N.Y. 2005) (indicating that *Business Wire* is "a national, business oriented newswire service, as required by 15 U.S.C. §§ 78u-4(a)(3)(A)(i)"); *see also In re XM Satellite Radio Holdings Sec. Litig.*, 237 F.R.D. 13, 16 (D.D.C. 2006) (holding that a notice published over an electronic news service is sufficient under the PSLRA); *In re Fannie Mae Sec. Litig*., 355 F. Supp. 2d 261, 262 (D.D.C. 2005) (same). A copy of the notice is attached as Exhibit A hereto.

Thus, because the notice was published on October 1, 2007, the sixty (60) day deadline for moving for appointment as Lead Plaintiff expires on November 30, 2007. Respectfully submitted this 30th day of October, 2007.

          **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

            /s/ Steven J. Toll
          Steven J. Toll (D.C. Bar No. 225623)
          stoll@cmht.com
          Daniel S. Sommers (D.C. Bar No. 416549)
          dsommers@cmht.com
          Jason M. Leviton (D.C. Bar No. 495460)
          jleviton@cmht.com
          1100 New York Ave., N.W.
          West Tower, Suite 500
          Washington, D.C. 20005
          Telephone: (202) 408-4600
          Fax: (202) 408-4699
          *Counsel for Plaintiff*

**JONES DAY**

\_\_\_\_\_/s/ Thomas F. Cullen Jr._____
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
tcullen@jonesday.com
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Defendants Harman International Industries, Inc., Dr. Sidney Harman, Kevin Brown, and Sandra B. Robinson*

# EXHIBIT A

October 01, 2007 07:06 PM Eastern Daylight Time

## Cohen, Milstein, Hausfeld & Toll, P.L.L.C. Announces Class Action Lawsuit Against Harman International Industries Inc.

WASHINGTON--(BUSINESS WIRE)--The law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has filed a lawsuit in the United States District Court for the District of Columbia on behalf of its client and on behalf of other similarly situated purchasers of Harman International Industries, Inc. ("Harman" or the "Company") (NYSE:HAR) common stock between April 26, 2007 through and including September 24, 2007 (the "Class Period").

The complaint charges Harman and several of its officers and directors with violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"). It is alleged that defendants omitted or misrepresented material adverse facts about the Company's financial condition, business prospects, and revenue expectations during the Class Period. Harman claims to be a leading manufacturer of high-quality, high fidelity audio products and electronic systems for the automotive, consumer and professional markets in the Americas, Europe, and Asia. The Company operates under the brands names Harman Kardon, JBL, Revel, Mark Levinson, Infinity, Lexicon, Soundcraft-Studer, AKG, Becker, and QNX, and is traded on the New York Stock Exchange.

The complaint alleges that on April 26, 2007, the Company announced that it had entered into a contract in which two investment funds affiliated or sponsored by private investment companies, Kohlberg Kravis Roberts & Co. L.P. ("KKR") and GS Capital Partners VI Fund, L.P. ("GSCP") (KKR and GSCP are collectively referred to as the "Purchasing Companies" herein), would merge with Harman (the "Merger"). According to the complaint, the Merger was valued at approximately eight billion dollars ($8,000,000,000).

Specifically, the complaint alleges that, during the Class Period, defendants issued numerous materially false and misleading statements which caused Harman's securities to trade at artificially inflated prices. As alleged in the complaint, these statements were materially false and misleading because they misrepresented and failed to disclose that: (1) the Company had breached the Merger agreement with KKR and GSCP and thus placed the Merger in serious doubt; (2) the Company needed to sustain higher research and development ("R&D") costs primarily related to its automotive platform awards; (3) the Company's inventory was greater than disclosed and was negatively impacting its cash flows; (4) its relationship with Daimler-Chrysler had materially worsened; (5) a material adverse change in Harman's business had occurred which related to capital spending; (6) the Company's financial health had generally deteriorated; and (7) as a result of the foregoing, the Company's statements about its financial well-being, earnings, and future prospects were lacking in a reasonable basis when made.

According to the complaint, on September 21, 2007, the Company shocked the market and announced that the Purchasing Companies "no longer intend to complete the previously announced acquisition . . . KKR and GSCP have informed Harman that they believe that a material adverse change in Harman's business has occurred, that Harman has breached the merger agreement and that they are not obligated to complete the merger." The complaint alleges that this news caused the Company's share price to fall from a closing price of $112.25 on September 20, 2007, to close at $85.00 on September 21, 2007, on unusually heavy volume. Then, on September 24, 2007, the complaint alleges that the Company announced that it would fail to meet its financial guidance for the quarter ended September 30, 2007, and needed to significantly reduce its estimates for the FY 2008. According to the complaint, this news caused the Company's share price to fall to $80.31 on extremely high volume of over 14.5 million shares.

If you are a member of the class, you may, no later than November 30, 2007, request that the Court appoint you as Lead Plaintiff of the class. Any member of the purported class may move the Court to serve as Lead Plaintiff through counsel of their choice or may choose to remain an absent class member.

Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has significant experience in prosecuting investor class actions and actions involving securities fraud. The firm has offices in Washington, D.C., New York, Philadelphia, Chicago, San Francisco, and London, and is active in major litigation pending in federal and state courts throughout the nation. You may visit the firm's website at www.cmht.com.

The firm's reputation for excellence has been recognized on repeated occasions by courts which have appointed the firm to lead positions in complex multi-district or consolidated litigation. Cohen, Milstein, Hausfeld & Toll, P.L.L.C. has taken a lead role in numerous important cases on behalf of defrauded investors, and has been responsible for a number of outstanding recoveries which, in the aggregate, total

in the billions of dollars.

If you have any questions about this notice or the action, or with regard to your rights, please contact either of the following:

```
Steven J. Toll, Esq.
Robert Smits
Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (888) 240-0775 or (202) 408-4600
Email: stoll@cmht.com or rsmits@cmht.com
```

Contacts

Cohen, Milstein, Hausfeld & Toll, P.L.L.C.
Steven J. Toll, Esq.
888-240-0775 or 202-408-4600
stoll@cmht.com
or
Robert Smits
888-240-0775 or 202-408-4600
rsmits@cmht.com



**CERTIFICATE OF SERVICE**

This is to certify that on this 30th day of October, 2007, I electronically filed the JOINT RESPONSE TO THE COURT'S OCTOBER 23, 2007 ORDER and EXHIBIT A attached thereto using the CM/ECF system, which sent an electronic notice to the following party:

> Thomas F. Cullen, Jr.
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C. 20001-2113
> Telephone: (202) 879-3939
> Fax: (202) 626-1700
> tcullen@jonesday.com
>
> *Counsel for Defendants*

/s/ Jason M. Leviton