**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated,**<br><br>　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,**<br><br>　　　　　　　**Defendants.** | Case No. 1:07-cv-01757<br><br>**CERTIFICATE OF SERVICE** |

　　　I hereby certify that on Friday, November 30, 2007, I electronically filed the Motion of Louisiana Municipal Police Employees' Retirement System for Appointment of Lead Plaintiff and Approval of Lead Counsel; the Memorandum of Law In Support; Declaration of Cheryl Hamer Mackell in Support; Statement Pursuant to Civil Local Rule 7.1(m); and Proposed Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing documents or paper via the United States Postal Service to the Non-CM/ECF participants indicated on the attached Manual Notice List.

　　　I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 30, 2007.

　　　　　　　　　　　　　　　　　　　　　　　s/*Cheryl HamerMackel*l
　　　　　　　　　　　　　　　　　　　　　　　  Cheryl Hamer Mackell (DC Bar #: 421050)
　　　　　　　　　　　　　　　　　　　　　　　**POMERANTZ HAUDEK BLOCK**
　　　　　　　　　　　　　　　　　　　　　　　　**GROSSMAN & GROSS, LLP**
　　　　　　　　　　　　　　　　　　　　　　　1025 Connecticut Ave., N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　　　Tel:  (202)-327-5420
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) -327-5422

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff, Louisiana Municipal*
　　　　　　　　　　　　　　　　　　　　　　　*Police Employees' Retirement System*