# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br><br>          Defendants. | Case No. 1:07-cv-01757<br>Honorable Richard W. Roberts |

## MOTION OF THE ARKANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF <u>LEAD COUNSEL</u>

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Arkansas Public Employees Retirement System's ("APERS" or "Movant") Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the accompanying Declaration of Steven J. Toll, and all prior papers and proceedings herein, Movant hereby seeks an order: (i) appointing it as Lead Plaintiff in this action; and (ii) approving its selection of the law firm Cohen, Milstein, Hausfeld & Toll, P.L.L.C. as Lead Counsel.

| | |
|---|---|
| Dated: November 30, 2007 | **COHEN, MILSTIEN, HAUSFELD & TOLL, P.L.L.C.** |// 

Dated: November 30, 2007         **COHEN, MILSTIEN, HAUSFELD &**
                                    **TOLL, P.L.L.C.**

By:     /s/ Steven J. Toll
   Steven J. Toll (D.C. Bar No. 225623)
   *stoll@cmht.com*
   Daniel S. Sommers (D.C. Bar No. 416549)
   *dsommers@cmht.com*
   Jason M. Leviton (D.C. Bar No. 495460)
   *jleviton@cmht.com*
   1100 New York Avenue, N.W.
   Suite 500, West Tower
   Washington, DC  20005
   (202) 408-4600

***Proposed Lead Counsel for Class***