IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEOLAN KIM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN and SANDRA B. ROBINSON,<br><br>Defendants. | 1:07-CV-01757 (RWR)<br><br>CIVIL ACTION |
| CITY OF BOCA RATON GENERAL EMPLOYEES' PENSION PLAN, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN and SANDRA B. ROBINSON,<br><br>Defendants. | 1:07-CV- 02175 (RWR) |

**NOTICE OF WITHDRAWAL OF THE MOTION OF THE CITY
OF BOCA RATON GENERAL EMPLOYEES' PENSION PLAN TO
BE APPOINTED LEAD PLAINTIFF AND APPROVAL OF ITS
SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that the City of Boca Raton General Employees' Pension Plan

("BRGEPP") hereby withdraws its motion for lead plaintiff, filed with this Court on November

30, 2007. On October 1, 2007 notice of the first filed action, *Kim v. Harman International Industries, Inc.*, was published on *The Business Wire*. On November 30, 2007, motions for the appointment of lead plaintiff, to consolidate all related actions, and to appoint their respective counsel as lead counsel were filed by BRGEPP, Arkansas General Employees Retirement System ("Arkansas"); and Louisiana Municipal Police Employees' Retirement System. Each of the three movants sought to be appointed as lead plaintiff and have their respective counsel be appointed as lead counsel for the putative class.

The BRGEPP has reviewed the papers submitted by each of the movants seeking to be appointed lead plaintiff. According to its motion, Arkansas claims to have suffered a loss of $558,630 as a result of its purchase of Harman International Industries, Inc. stock during the relevant period. This loss is substantially greater than any other loss claimed to have been suffered by the other movants. Thus, Arkansas appears to be "the most adequate plaintiff" pursuant to Section 21(D)(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §18u04(a)(3)(B).

The BRGEPP therefore respectfully withdraws its motion for appointment as Lead Plaintiff. This withdrawal shall be without effect on the rights of BRGEPP as a member of the proposed class in the above-captioned actions, including but not limited to the right to share in any recovery from the resolutions of this action through settlement, judgment, or otherwise.

Dated: December 12, 2007                    Respectfully submitted,


                              By:         _____/s/_____

                                    Timothy D. Battin
                                    D.C. Bar No. 436303
                                    **STRAUS & BOIES, LLP**
                                    4041 University Drive, Suite 500
                                    Fairfax, VA 22030
                                    Telephone: (703) 764-8700
                                    Facsimile  (703) 764-8704


                                    **MAGER & GOLDSTEIN LLP**
                                    Jayne Arnold Goldstein, Esq.
                                    1640 Town Center Circle, Suite 216
                                    Weston, FL 33326
                                    Telephone: (954) 515-0123
                                    Facsimile: (954) 515-0124

                                    **LOCKRIDGE, GRINDAL, NAUEN P.L.L.P.**
                                    Richard A. Lockridge, Esq.
                                    Karen H. Riebel, Esq.
                                    100 Washington Avenue South
                                    Suite 2200
                                    Minneapolis, MN 55401
                                    Telephone: (612) 339-6900
                                    Facsimile: (612) 339-0981

                                    **FINE, KAPLAN AND BLACK, R.P.C.**
                                    Roberta D. Liebenberg
                                    1835 Market Street, Suite 2800
                                    Philadelphia, PA 19103
                                    Telephone: (215) 567-6565
                                    Fax: (215) 568-5872

                                    **Attorneys For Plaintiff**