UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br><br>Defendants. | Case No. 1:07-cv-01757 (RWR)<br>Honorable Richard W. Roberts |

**LOUISIANA MUNICIPAL POLICE EMPLOYEES'
RETIREMENT SYSTEM'S WITHDRAWAL OF ITS MOTION FOR
APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

Louisiana Municipal Police Employees' Retirement System, by and through its counsel, hereby withdraws its motion for appointment as Lead Plaintiff.

Dated: December 13, 2007

Respectfully submitted,

**POMERANTZ HAUDEK BLOCK
GROSSMAN & GROSS LLP**

/s/  Cheryl Hamer Mackell          .

Cheryl Hamer Mackell
D.C. Bar No.: 421050
1025 Connecticut Avenue, N.W.
Suite 1000
Washington, D.C. 20036
Telephone: (202) 327-5420

Facsimile: (202) 327-5422

**POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP**
Marc I. Gross
Fei-Lu Qian
100 Park Avenue, 26th Floor
New York, New York 10017
Telephone:    (212) 661-1100
Facsimile:    (212) 661-8665

**POMERANTZ HAUDEK BLOCK
 GROSSMAN & GROSS LLP**
Patrick V. Dahlstrom
One North La Salle Street, Suite 225
Chicago, Illinois 60602
Telephone:    (312) 377-1181
Facsimile:    (312) 377-1184

**Attorneys for Plaintiff
Louisiana Municipal Police
Employees Retirement System**