UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHEOLAN KIM, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br>    v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br><br>    Defendants. | Case No. 1:07-cv-01757<br>Honorable Richard W. Roberts |
| CITY OF BOCA RATON GENERAL EMPLOYEES' PENSION PLAN, on Behalf of Itself and All Others Similarly Situated,<br><br>    Plaintiff,<br>    v.<br><br>HARMAN INTERNATIONAL INDUSTRIES INC., DR. SIDNEY HARMAN, KEVIN BROWN, and SANDRA B. ROBINSON,<br><br>    Defendants. | Case No. 1:07-cv-02175<br>Honorable Richard W. Roberts |

**THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF NON-OPPOSITION OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

The Arkansas Public Employees' Retirement System ("APERS") respectfully

submits this Notice of Non-Opposition to Its Motion For Appointment As Lead Plaintiff

and Approval of Its Selection of Cohen, Milstein, Hausfeld & Toll, P.L.L.C. ("Cohen

1

Milstein") as lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B).[1]

## I.   INTRODUCTON

On November 30, 2007, APERS moved to be appointed Lead Plaintiff and to have its counsel, Cohen Milstein, appointed lead counsel pursuant to the PSLRA (the "Motion").  Two other competing movants also sought appointment as lead plaintiff:  (1) the City of Boca Raton General Employees' Pension Plan ("Boca Raton"); and (2) the Louisiana Municipal Police Employees' Retirement System ("Louisiana Police").

However, after having had an opportunity to review APERS' significant losses during the Class Period, both Boca Raton and the Louisiana Police withdrew their motions for appointment as lead plaintiff and selection of lead counsel.  *See Notice of Withdrawal of the Motion of the City of Boca Raton General Employees' Pension Plan to be Appointed Lead Plaintiff and Approval of its Selection of Lead Counsel* (Docket No. 11, filed Dec. 12, 2007) (the "Boca Raton Motion"); *Louisiana Municipal Police Employees' Retirement System's Withdrawal of its Motion for Appointment of Lead Plaintiff and Approval of Lead Counsel* (Docket No. 12, filed Dec. 13, 2007).  In particular, Boca Raton acknowledges that APERS has a loss "substantially greater than

---

[1] An action captioned *City of Boca Raton General Employees' Pension Plan, et al. v. Dyadic Int'l Industries, Inc., et al.*, Case No 1:07-cv-02175 (the "Boca Raton Action"), was filed on November 30, 2007 – the same day as the Lead Plaintiff deadline in this action.  APERS believes that the Boca Raton Action is a related action and should be consolidated with the *Kim v. Harman Int'l Industries, Inc., et al.*, Case No. 1:07-cv-01757 (the "Kim Action")  proceeding pursuant to Rule 42(a) because it alleges facts and legal claims which are the same or similar to those alleged in the first-filed *Kim* action.  *See* Fed.R.Civ.P. 42(a); *Horn v. Raines*, 227 F.R.D. 1, 2 (D.D.C. 2005) ("consolidation can help alleviate needless duplication of time, effort, and expense on the part of the parties and the Court") (internal citation omitted); *Scarborough v. Nat'l Ass'n of Sur. Bond Producers*, 474 F. Supp. 2d 64, 70-71 (D.D.C. 2007) (same).

2

any other loss claimed to have been suffered by the other movants" and, as a result, APERS "… appears to be 'the most adequate plaintiff'…" *See Boca Raton Motion* at 2. Consequently, APERS' Motion is unopposed and should be granted.

## II.   ARGUMENT

Courts routinely grant unopposed lead plaintiff motions, especially where, as here, the movant demonstrated that it has the largest financial interest in the action and otherwise meets Rule 23's requirements. *See*, *e.g.*, *Garber v. Juniper Networks, Inc.,* No. C 06-04327 JW*,* 2006 U.S. Dist. LEXIS 86721, at *6 (N.D. Cal. Nov. 20, 2006) (granting unopposed lead plaintiff and lead counsel motion); *Linn v. Allied Irish Banks, PLC.*, No. 02 Civ. 1738(DAB), 2004 WL 2813133 at **5-7 (S.D.N.Y. Dec. 8, 2004) (same); *Greater Pa. Carpenters Pension Fund v. Adolor Corp.*, No. 04-CV-1728, 2004 U.S. Dist. LEXIS 26205 (E.D. Pa. Dec. 29, 2004) (same); *Nager v. Websecure, Inc.*, No. A. 97-10662-GAO, 1997 WL 773717 at *1 (D. Mass. Nov. 26, 1997) (same); *In re Lucent Techs. Sec. Litig.*, 194 F.R.D. 137, 148 (D.N.J. 2000) (appointing lead plaintiff movant because it had a significant financial interest in the litigation and its motion was unopposed). In so doing, courts generally evaluate whether the named plaintiff or lead plaintiff movant possesses the largest financial interest in the case and qualifies as typical and adequate under Rule 23(a) of the Federal Rules of Civil Procedure. *See id.*

Here, for the reasons explained in APERS' moving papers filed on November 30, 2007, APERS has shown that it possesses the largest financial interest in the case; that it can effectively monitor counsel and control the litigation; that its claims are typical of the claims of class members; and that it and its counsel is adequate to represent the class.

Under these circumstances, APERS respectfully submits that its unopposed motion for appointment as lead plaintiff and selection of lead counsel be granted.

## III. CONCLUSION

For the foregoing reasons, APERS respectfully requests that the Court appoint it as lead plaintiff, approve its selection of Cohen Milstein as lead counsel, and consolidate the Boca Raton Action with the first-filed Kim Action.

Dated: December 14, 2007

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

By: /s/ Steven J. Toll
Steven J. Toll (D.C. Bar No. 225623)
*stoll@cmht.com*
Daniel S. Sommers (D.C. Bar No. 416549)
*dsommers@cmht.com*
Jason M. Leviton (D.C. Bar No. 495460)
*jleviton@cmht.com*
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600

*Proposed Lead Counsel for Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2007, I electronically filed THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S NOTICE OF NON-OPPOSITION OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL and CERTIFICATE OF SERVICE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

    /s/ Jason M. Leviton_____
Jason M. Leviton, Esq.