UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION  ) ) ) ) | Case No. 1:07-cv-01757 (RWR) |

**THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED FEBRUARY 19, 2008**

Lead Plaintiff Arkansas Public Employees' Retirement System ("Plaintiff") respectfully submits this response to the Court's February 19, 2008 order for the parties to show cause in writing why this case should not be consolidated with *Russell v. Harman Int'l Indus. Inc.*, Case No. 1:07-cv-02212 (RWR) (D.D.C.) ("*Russell*").  Plaintiff respectfully suggests that the proceedings in the *Russell* case, which asserts violations of the Employee Retirement Income Security Act, should be coordinated with the proceedings in this action.  Plaintiff believes that coordination will serve to minimize any needless duplication of effort or other inefficiencies caused by this case and the *Russell* case being litigated simultaneously.  However, Plaintiff believes that there are sufficient differences between this case and the *Russell* case – including, for example, the differing pleading and proof requirements – such that consolidation is not needed or warranted at this time.  Plaintiff believes that it and the plaintiff in *Russell* should proceed through separate complaints but that the parties should work cooperatively to coordinate proceedings – including the conduct of discovery – to the greatest extent practicable.

Dated: February 29, 2008　　　　　　　　**COHEN, MILSTEIN, HAUSFELD &**
　　　　　　　　　　　　　　　　　　　　　**TOLL, P.L.L.C.**

　　　　　　　　　　　　　　　　　By:　　　/s/ Steven J. Toll
　　　　　　　　　　　　　　　　　　　Steven J. Toll (D.C. Bar No. 225623)
　　　　　　　　　　　　　　　　　　　*stoll@cmht.com*
　　　　　　　　　　　　　　　　　　　Daniel S. Sommers (D.C. Bar No. 416549)
　　　　　　　　　　　　　　　　　　　*dsommers@cmht.com*
　　　　　　　　　　　　　　　　　　　Jason M. Leviton (D.C. Bar No. 495460)
　　　　　　　　　　　　　　　　　　　*jleviton@cmht.com*
　　　　　　　　　　　　　　　　　　　1100 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　　Suite 500, West Tower
　　　　　　　　　　　　　　　　　　　Washington, DC  20005
　　　　　　　　　　　　　　　　　　　(202) 408-4600

　　　　　　　　　　　　　　　　　　　*Lead Counsel and Counsel for the*
　　　　　　　　　　　　　　　　　　　*Arkansas Public Employees' Retirement*
　　　　　　　　　　　　　　　　　　　*System*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed THE ARKANSAS PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE DATED FEBRUARY 19, 2008 and CERTIFICATE OF SERVICE with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                                                                /s/ Jason M. Leviton
                                                                Jason M. Leviton, Esq.