IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) Case No. 1:07-cv-01757 (RWR) |

**DEFENDANTS' RESPONSE TO THE COURT'S
ORDER TO SHOW CAUSE DATED FEBRUARY 19, 2008**

Defendants Harman International Industries Inc., Dr. Sidney Harman, Kevin Brown and Sandra B. Robinson (collectively "Defendants"), respectfully submit this response to the Court's February 19, 2008 Order to show cause why this case should not be consolidated with *Russell v. Harman et al.*, Case No. 1:07-cv-02212 (RWR) (D.D.C.) ("*Russell*"). Defendants have no opposition to consolidation or to the approach suggested by Lead Plaintiff Arkansas Public Employees' Retirement Systems, namely, that the proceedings in the *Russell* case should be coordinated (as opposed to consolidated) with the proceedings in this action. What is important to Defendants is that the actions are coordinated in some fashion so that there is no needless duplication of effort or other inefficiencies caused by the cases proceeding simultaneously. At the very least, the parties should be ordered to work cooperatively to coordinate the proceedings — especially the conduct of discovery — to the greatest extent practicable.

Dated: February 29, 2008

                Respectfully Submitted,

                 /s/ Thomas F. Cullen, Jr.
                Thomas F. Cullen, Jr. (D.C. Bar No. 224733)
                JONES DAY
                51 Louisiana Avenue, N.W.
                Washington, D.C. 20001-2113
                Telephone: (202) 879-3939
                Fax: (202) 626-1700
                tcullen@jonesday.com
                *Counsel for Defendants Harman International Industries, Incorporated., Dr. Sidney Harman, Kevin Brown and Sandra B. Robinson*

**CERTIFICATE OF SERVICE**

This is to certify that on this 29th day of February, 2008, I electronically filed the Defendants' Response to The Court's Order To Show Cause Dated February 19, 2008 using the CM/ECF system, which sent an electronic notice to the following parties:

Timothy D. Battin, Esq.
STRAUS & BOIES, LLP
D.C. Bar No. 436303
4041 University Drive, Suite 500
Fairfax, VA  22030

Jane Arnold Goldstein
MAGER & GOLDSTEIN LLP
1640 Town Center Circle, Suite 216
Weston, FL 33326

*Counsel for Plaintiff City of Boca Raton General Employees Pension Plan*


Steven J. Toll
Daniel S. Sommers
COHEN MILSTEIN HAUSFELD & TOLL, PLLC
1100 New York Avenue, NW
West Tower, Suite 500
Washington, DC 20005

*Counsel for Interested Party Arkansas Public Employees Retirement System*


Cheryl Hamer Mackell
POMERANTZ HAUDER BLOCK GROSSMAN & GROSS
1025 Connecticut Avenue, NW, Suite 1000
Washington, DC 20036

*Counsel for Louisiana Municipal Police Employees' Retirement System*

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar No. 224733)