UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION ) ) ) ) | Case No. 1:07-cv-01757 (RWR) |

**CONSENT MOTION FOR RELIEF FROM LOCAL CIVIL RULE 23.1(b)**

Lead Plaintiff Arkansas Public Employees' Retirement System ("Lead Plaintiff") respectfully submits this consent motion for relief from Local Civil Rule 23.1(b).

WHEREAS Lead Plaintiff was appointed by the Court pursuant to its Order dated February 14, 2008, subsequent to the filing of the initial complaint in this action by another party;

WHEREAS Lead Plaintiff is required to file any Amended Class Action Complaint by April 15, 2008;

WHEREAS Local Civil Rule 23.1(b) requires Lead Plaintiff to move for class certification under Fed. R. Civ. P. 23(c)(1) within ninety days of the filing of a complaint in a case sought to be maintained as a class action, unless the court in the exercise of its discretion extends this period;

WHEREAS the complaints filed in the above-captioned action allege violations of Sections 10(b) and 20(a) of the Securities and Exchange Act of 1934, 15 U.S.C. §§ 78j(b) and 78t, and are subject to the provisions of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4;

WHEREAS, pursuant to the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), "all discovery and other proceedings" in this action are stayed (subject to certain exceptions) while a motion to dismiss is pending;

WHEREAS defendants in this action are required to file any motion to dismiss on or before June 16, 2008;

WHEREAS the filing of a motion for class certification at this time, as well as discovery into class issues, is impractical and inconsistent with the PSLRA, *see*, *e.g.*, *Winn v. Symons Int'l Group*, No. 00-0310-C-B/S, 2001 U.S. Dist. LEXIS 3437, at *6 (S.D. Ind. Mar. 21, 2001) (suspending application of local rule similar to Local Civil Rule 23.1(b), and noting that "the filing of motions to dismiss by Defendants makes a ruling on class certification inappropriate … under the PSLRA" while the motions to dismiss are pending); *see also Stevens v. Inphonic, Inc.*, No. 07-cv-00930-RBW (D.D.C., Mar. 5, 2008) (granting relief from Local Civil Rule 23.1(b) in a PSLRA case); *Ross v. Walton*, No. 07-cv-00402-EGS (D.D.C., Dec. 12, 2007) (same).

NOW, THEREFORE, Lead Plaintiff respectfully requests that its compliance with Local Civil Rule 23.1(b) be held in abeyance and that the scheduling of Lead Plaintiff's motion for class certification proceed upon further order of the Court.

Pursuant to Local Civil Rule 7(m), counsel for Lead Plaintiff consulted with counsel for defendants about this motion. Counsel for defendants stated that defendants consent to the relief sought in this motion.

Dated: March 21, 2008

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

By:   /s/ Daniel S. Sommers
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600

*Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION    ) ) ) ) | Case No. 1:07-cv-01757 (RWR) |

### [PROPOSED] ORDER GRANTING RELIEF FROM LOCAL CIVIL RULE 23.1(b)

Upon the motion of Lead Plaintiff for relief from Local Civil Rule 23.1(b) and for good cause shown, IT IS:

ORDERED, that Lead Plaintiff's motion be and hereby is GRANTED, and no motion for class certification need be filed until further order of this Court.

Entered this ___ day of _____.

_____
Richard W. Roberts, Judge
United States District Court