UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION ) ) ) ) ) | Case No. 1:07-cv-01757 (RWR) |

**CONSENT MOTION FOR EXTENSION OF TIME FOR LEAD PLAINTIFF TO FILE AN AMENDED COMPLAINT**

Lead Plaintiff Arkansas Public Employees' Retirement System ("Lead Plaintiff") respectfully submits this consent motion for an extension of time for Lead Plaintiff to file its amended complaint. By its Order of February 15, 2008, the Court allowed Lead Plaintiff sixty days, until April 15, 2008, to file its amended complaint, and Defendants sixty days, until June 16, 2008, to respond to Lead Plaintiff's amended complaint. Lead Plaintiff respectfully requests an additional seventeen days, through and including May 2, 2008, to file its amended complaint, and requests that the date for Defendants to respond to Lead Plaintiff's amended complaint also be extended by seventeen days, through and including July 3, 2008. Counsel for Lead Plaintiff has conferred with Defendants' counsel, and Defendants do not oppose this motion. A proposed order is attached.

Dated: April 7, 2008

**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**

By: /s/ Daniel S. Sommers
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
(202) 408-4600

*Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION ) ) ) ) | Case No. 1:07-cv-01757 (RWR) |

### [PROPOSED] ORDER

Upon consideration of the Consent Motion for Extension of Time for Lead Plaintiff to File an Amended Complaint, it is by the Court hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that Lead Plaintiff shall file its amended complaint on or before May 2, 2008; and it is

FURTHER ORDERED that Defendants shall respond to Lead Plaintiff's amended complaint on or before July 3, 2008.

Entered this ___ day of _____.

                                                        _____
                                                        Richard W. Roberts, Judge
                                                        United States District Court