# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION ) ) ) ) | Case No. 1:07-cv-01757(RWR) |

**NOTICE OF FILING**

Attorneys for Defendants hereby provide notice of filing of the Declarations of Traci L. Lovitt and Michael J. Will for Admission *Pro Hac Vice*.

Respectfully submitted,

Dated: July 3, 2008              JONES DAY

              /s  Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr., D.C. Bar No. 224733
Michael J. Will, D.C. Bar. No. 503370
51 Louisiana Ave. NW,
Washington, D.C. 20001
Tel:  (202) 879-3939
Fax:  (202) 626-1700
tfcullen@jonesday.com
mwill@jonesday.com

Robert C. Micheletto
Traci L. Lovitt, D.C. Bar. No. 467222
222 East 41st Street,
New York, NY 10017
Tel:  (212) 326-3939
Fax:  (212) 755-7306
rmicheletto@jonesday.com
tlovitt@jonesday.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) ) Case No. 1:07-cv-01757(RWR) |

**DECLARATION OF TRACI L. LOVITT FOR ADMISSION *PRO HAC VICE***

I, Traci L. Lovitt, hereby declare that:

1. I am a partner with the firm Jones Day, 222 East 41st Street. New York, New York 10017-6702, counsel for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown. My office telephone number is (212) 326-3939.

2. I am a member in good standing of the highest courts of the States of New York and the District of Columbia (D.C. Bar No. 467222);

3. I have also been admitted to the United States Supreme Court; the U.S. Courts of Appeals for the Second, Third, Fifth, Seventh, and Tenth Circuits; and the U.S. District Courts for the Southern, Eastern, and Northern Districts of New York;

4. I have no disciplinary complaints pending against me for violation of the rules of the courts of New York or the District of Columbia;

5. I have not been suspended or disbarred for disciplinary reasons from practice in any court; and

6. I have not been admitted *pro hac vice* to this Court anytime in the previous two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, N.Y.
July 1, 2008

_____
Traci L. Lovitt

Sworn to before me this 1
day of July, 2008

_____
Notary Public

My Commission Expires

DANA L. SALAZAR
NOTARY PUBLIC, State of New York
No. 02SA6183627
Qualified in New York County
Commission Expires March 17, 20 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) Case No. 1:07-cv-01757(RWR) |

**DECLARATION OF MICHAEL J. WILL FOR ADMISSION *PRO HAC VICE***

I, Michael J. Will, hereby declare that:

1. I am an associate with the firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001, counsel for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown. My office telephone number is (202) 879-3939.

2. I am a member in good standing of the highest courts of the States of New York, Virginia and the District of Columbia (D.C. Bar No. 503370);

3. I have no disciplinary complaints pending against me for violation of the rules of the courts of New York, Virginia or the District of Columbia;

4. I have not been suspended or disbarred for disciplinary reasons from practice in any court; and

5. I have not been admitted *pro hac vice* to this Court anytime in the previous two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: Washington, D.C.
July 2, 2008

_____
Michael J. Will