**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) Case No. 1:07-cv-01757(RWR) |

**MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF**
**TRACI L. LOVITT TO THE BAR OF THIS COURT PRO HAC VICE**

THE UNDERSIGNED, Thomas F. Cullen, Jr., pursuant to LCvR 82.3(d), and as a member of the Bar of the United States District Court for the District of Columbia, respectfully moves that Traci L. Lovitt, an attorney with the firm of Jones Day, 222 East 41st Street New York, New York 10017-6702, (212) 326-3939, be admitted to appear and practice in this Court in the instant case as counsel *pro hac vice* for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown. In support of this motion, I state:

1. Ms. Lovitt is a member in good standing of the highest courts of the States of New York and the District of Columbia (D.C. Bar No. 467222);

2. Ms. Lovitt has no disciplinary complaints pending against her for violation of the rules of the courts of New York or the District of Columbia;

3. Ms. Lovitt has not been suspended or disbarred for disciplinary reasons from practice in any court; and

4. Ms. Lovitt has not been admitted *pro hac vice* to this Court anytime in the previous two years.

WHEREFORE, the admission of Ms. Lovitt is moved this 14th day of July, 2008.

        Respectfully submitted,

        /s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr.,
D.C. Bar No. 224733
JONES DAY
51 Louisiana Ave. NW,
Washington, D.C. 20001
(202) 879-3939
tfcullen@jonesday.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I electronically filed the **MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF TRACI L. LOVITT TO THE BAR OF THIS COURT PRO HAC VICE** using the CM/ECF system, which sent electronic notices to all parties.

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | )  |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) ) )  Case No. 1:07-CV-01757 (RWR) |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Defendants' Motion for Admission of Traci L. Lovitt to the Bar of this Court *Pro Hac Vice* in the above-captioned action, it is hereby ordered that Traci L. Lovitt is admitted in this case as counsel *pro hac vice* for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown.

_____
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 1:07-cv-01757(RWR) |

### DECLARATION OF TRACI L. LOVITT FOR ADMISSION *PRO HAC VICE*

I, Traci L. Lovitt, hereby declare that:

1. I am a partner with the firm Jones Day, 222 East 41st Street. New York, New York 10017-6702, counsel for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown. My office telephone number is (212) 326-3939.

2. I am a member in good standing of the highest courts of the States of New York and the District of Columbia (D.C. Bar No. 467222);

3. I have also been admitted to the United States Supreme Court; the U.S. Courts of Appeals for the Second, Third, Fifth, Seventh, and Tenth Circuits; and the U.S. District Courts for the Southern, Eastern, and Northern Districts of New York;

4. I have no disciplinary complaints pending against me for violation of the rules of the courts of New York or the District of Columbia;

5. I have not been suspended or disbarred for disciplinary reasons from practice in any court; and

6. I have not been admitted *pro hac vice* to this Court anytime in the previous two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: New York, N.Y.
July 1, 2008

_____
Traci L. Lovitt

Sworn to before me this 1
day of July, 2008

_____
Notary Public

My Commission Expires

DANA L. SALAZAR
NOTARY PUBLIC, State of New York
No. 02SA6183627
Qualified in New York County
Commission Expires March 17, 2012