**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) ) Case No. 1:07-cv-01757(RWR) |

**MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF**
**MICHAEL J. WILL TO THE BAR OF THIS COURT *PRO HAC VICE***

THE UNDERSIGNED, Thomas F. Cullen, Jr., pursuant to LCvR 82.3(d), and as a member of the Bar of the United States District Court for the District of Columbia, respectfully moves that Michael J. Will, an attorney with the firm of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001, (202) 879-3939, be admitted to appear and practice in this Court in the instant case as counsel *pro hac vice* for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown.  In support of this motion, I state:

    1.    Mr. Will is a member in good standing of the highest courts of the States of New York, Virginia and the District of Columbia (D.C. Bar No. 503370);

    2.    Mr. Will has no disciplinary complaints pending against me for violation of the rules of the courts of New York, Virginia or the District of Columbia;

    3.    Mr. Will has not been suspended or disbarred for disciplinary reasons from practice in any court; and

    4.    Mr. Will has not been admitted *pro hac vice* to this Court anytime in the previous two years.

WHEREFORE, the admission of Mr. Will is moved this 14th day of July, 2008.

          Respectfully submitted,

          _/s/ Thomas F. Cullen, Jr._____
          Thomas F. Cullen, Jr.,
          D.C. Bar No. 224733
          JONES DAY
          51 Louisiana Ave. NW,
          Washington, D.C. 20001
          (202) 879-3939
          tfcullen@jonesday.com
          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2008, I electronically filed the **MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF MICHAEL J. WILL TO THE BAR OF THIS COURT PRO HAC VICE** using the CM/ECF system, which sent electronic notices to all parties.

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) Case No. 1:07-CV-01757 (RWR) ) ) ) |

## ORDER

AND NOW, this ____ day of _____, 2008, upon consideration of Defendants' Motion for Admission of Michael J. Will to the Bar of this Court *Pro Hac Vice* in the above-captioned action, it is hereby ordered that Michael J. Will is admitted in this case as counsel *pro hac vice* for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown.

_____
UNITED STATES DISTRICT JUDGE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) ) ) Case No. 1:07-cv-01757(RWR) |

## DECLARATION OF MICHAEL J. WILL FOR ADMISSION *PRO HAC VICE*

I, Michael J. Will, hereby declare that:

1. I am an associate with the firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. 20001, counsel for Defendants Harman International Industries Incorporated, Dr. Sidney Harman, Dinesh Paliwal and Kevin Brown. My office telephone number is (202) 879-3939.

2. I am a member in good standing of the highest courts of the States of New York, Virginia and the District of Columbia (D.C. Bar No. 503370);

3. I have no disciplinary complaints pending against me for violation of the rules of the courts of New York, Virginia or the District of Columbia;

4. I have not been suspended or disbarred for disciplinary reasons from practice in any court; and

5. I have not been admitted *pro hac vice* to this Court anytime in the previous two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed: Washington, D.C.
July 2, 2008

_____
Michael J. Will