UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                                    )
                                    )
IN RE HARMAN INTERNATIONAL          )
INDUSTRIES, INC. SECURITIES         )   Civil Action No. 07-1757 (RWR)
LITIGATION                          )
                                    )
_____ )

### ORDER

On July 3, 2008, defendants moved to dismiss the consolidated class action complaint. The record reflects that counsel for all constituent plaintiffs received defendants' motion electronically. To date, however, no plaintiff has filed a response of any kind to defendants' motion. Accordingly, under Local Civil Rule 7(b), the motion is deemed conceded and it is hereby

ORDERED that defendants' motion [21] to dismiss the consolidated class action complaint be, and hereby is, GRANTED. The consolidated class action complaint is DISMISSED. This is a final, appealable order.

SIGNED this 6th day of August, 2008.

                                    _____/s/_____
                                    RICHARD W. ROBERTS
                                    United States District Judge