# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | ) ) ) ) Case No. 1:07-cv-01757 (RC) |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Lead Plaintiff Arkansas Public Employees' Retirement System, on behalf of itself and all others similarly situated, appeals to the United States Court of Appeals for the District of Columbia Circuit from the order granting Defendants' motion to dismiss entered in this action on January 17, 2014.

Dated: February 18, 2014

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By:      /s/ Steven J. Toll
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC  20005
(202) 408-4600

*Lead Counsel for Lead Plaintiff Arkansas Public Employees' Retirement System*

1852792.1

## NOTICE OF COMPLIANCE WITH F.R.A.P. 3(a)(1)

In compliance with Rule 3(a)(1) of the Federal Rules of Appellate Procedure, the foregoing Notice of Appeal and three copies have been mailed to the Clerk of Court to enable the clerk to comply with Rule 3(d). Copies will also be served on all counsel of record through the Court's CM/ECF system.

        /s/ Steven J. Toll
        Steven J. Toll