**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION ) ) ) ) ) | Case No. 1:07-cv-01757 (RC) |

**DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING
DISPOSITION OF THEIR PETITION FOR A WRIT OF CERTIORARI**

Defendants Harman International Industries, Inc. ("Harman"), Dinesh Paliwal and Kevin Brown (collectively, "Defendants"), upon the accompanying Statement of Points and Authorities in Support of Defendants' Motion to Stay Proceedings Pending Disposition of Their Petition for a Writ of Certiorari (the "Statement of Points and Authorities"), hereby move this Court for an Order staying all proceeding in this action, including all deadlines imposed by the Scheduling Order entered by the Court on October 6, 2015 [Dkt. # 64], until the United States Supreme Court has ruled upon Defendants' Petition for a Writ of Certiorari, which was filed on November 24, 2015 (the "Petition").

As explained in greater detail in the Statement of Points and Authorities, Defendants respectfully submit that they should not be required to devote significant time and resources to discovery that will be rendered moot if the Petition is granted and the Supreme Court determines that the claims filed by lead plaintiff Arkansas Public Employee Retirement System ("Lead Plaintiff") are not viable. Thus, the Court should grant Defendants' motion, and stay all proceedings in this action for the short period of time it will take for the Supreme Court to rule on the Petition.

Prior to making this motion, Defendants sought Lead Plaintiff's consent to the stay requested herein, but Lead Plaintiff indicated that it opposes this motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: November 24, 2015 | JONES DAY |

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr.
D.C. Bar No. 224733
5 Louisiana Avenue, N.W.
Washington, DC 200001-2113
Tel.: (202) 879-3924
Fax: (202) 626-1700

Robert C. Micheletto
Kelly A. Carrero
222 East 41st Street
New York, NY 10017
Tel.: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Defendants Harman International Industries, Inc., Dinesh Paliwal and Kevin Brown*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 24, 2015, I caused DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING DISPOSITION OF THEIR PETITION FOR A WRIT OF CERTIORARI to be filed electronically via the Court's CM/ECF system, which effected service on all counsel of record.

                                          /s/ Thomas F. Cullen, Jr.
                                          Thomas F. Cullen, Jr.