**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 07-cv-1757-RC |

**LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Lead Plaintiff Arkansas Public Employees Retirement System, upon the accompanying Statement of Points and Authorities, and the Declaration of Steven J. Toll, with exhibits, hereby moves this Court for an Order pursuant to Rules 23(a) and 23(b)(3) of the Federal Rules of Civil Procedure appointing Lead Plaintiff as Class Representative and certifying this action as a class action on behalf of a class consisting of all persons or entities who purchased the common stock of Harman International Industries, Inc., between April 26, 2007 and February 5, 2008, inclusive, and appointing Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") as Lead Counsel for the Class.

Before filing this motion, Lead Plaintiff conferred with Defendants, who indicated that they oppose the motion.

Dated: April 1, 2016                            Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
Times Wang (D.C. Bar No. 1025389)
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Counsel for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2016, I caused the foregoing document to be electronically filed via the Court's CM/ECF system, which effected service on all counsel of record.

*/s/ S. Douglas Bunch*
S. Douglas Bunch