**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 07-cv-1757-RC |

**DECLARATION OF STEVEN J. TOLL IN SUPPORT OF LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

I, Steven J. Toll, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I am a partner at the law firm of Cohen Milstein Sellers & Toll PLLC, counsel for

Lead Plaintiff in this action. I submit this declaration in support of Lead Plaintiff's Motion for

Class Certification.

2.      Attached as Exhibit 1 is a true and correct copy of the Expert Report of Professor

Stephen E. Christophe, Ph.D.

3.      Attached as Exhibit 2 is a true and correct copy of the firm resume of Cohen

Milstein Sellers & Toll PLLC.

Executed on April 1, 2016, in Washington, D.C.        */s/ Steven J. Toll*
                                                       Steven J. Toll