**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION** | Case No. 1:07-cv-01757 (RC) |

## STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE

WHEREAS, on October 6, 2015, this Court entered a Scheduling Order which provided, among other things, that Lead Plaintiff would file a motion for class certification in this action on or before April 1, 2016;

WHEREAS, Lead Plaintiff filed its motion for class certification on April 1, 2016;

WHEREAS, following the filing of Lead Plaintiff's motion, the parties met and conferred to discuss an appropriate briefing schedule for Defendants' opposition to Lead Plaintiff's motion for class certification and Lead Plaintiff's reply; and

WHEREAS, the parties have agreed that Defendants will have until June 24, 2016 to file their opposition, and Lead Plaintiff will have until August 5, 2016 to file its reply;

NOW, THEREFORE, it is hereby stipulated and agreed, subject to the approval of the Court, that Defendants shall file their opposition to Lead Plaintiff's motion for class certification on or before June 24, 2016, and Lead Plaintiff shall file its reply brief on or before August 5, 2016.

Dated: April 13, 2016

| COHEN MILSTEIN SELLERS & TOLL PLLC | JONES DAY |
|---|---|

/s/ Steven J. Toll
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
Times Wang (D.C. Bar No. 1025389)
1100 New York Ave. N.W.
West Tower, Suite 500
Washington, DC 20005
Tel.: (202) 408-4600
Fax: (202) 408-4699

*Lead Counsel for Lead Plaintiff and the Class*

/s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr.
D.C. Bar No. 224733
5 Louisiana Avenue, N.W.
Washington, DC 200001-2113
Tel.: (202) 879-3924
Fax: (202) 626-1700

Robert C. Micheletto
Kelly A. Carrero
222 East 41st Street
New York, NY 10017
Tel.: (212) 326-3939
Fax: (212) 755-7306

*Counsel for Defendants Harman International Industries, Inc., the Estate of Sidney Harman, Dinesh Paliwal and Kevin Brown*

**SO ORDERED.**

Dated:   April __, 2016

Rudolph Contreras
United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2016, I caused the STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE to be filed electronically via the Court's CM/ECF system, which effected service on all counsel of record.

                                                        */s/   Thomas F. Cullen, Jr.*
                                                        Thomas F. Cullen, Jr.