IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 1:07-cv-01757 |

**MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF KELLY A. CARRERO TO THE BAR OF THIS COURT PRO HAC VICE**

THE UNDERSIGNED, Thomas F. Cullen, Jr., pursuant to LCvR 82.3(d), and as a member of the Bar of the United States District Court for the District of Columbia, respectfully moves that Kelly A. Carrero, an attorney with the firm of Jones Day, 222 East 41st Street, New York, New York 10017-6702, (212) 326-3939, be admitted to appear and practice in this Court in the instant case as counsel *pro hac vice* for Defendants.

In support of this motion, I state:

1.Ms. Carrero is a member in good standing of the bars of the State of New York and the District of Columbia;

2.Ms. Carrero has no disciplinary complaints pending against her for any violation of the rules of the court in New York nor in the District of Columbia;

3.Ms. Carrero has not been suspended or disbarred for disciplinary reasons from practice in any court; and

4.Ms. Carrero has not been admitted *pro hac vice* to this Court any time in the previous two years.

WHEREFORE, the admission of Ms. Carrero is moved this 29th day of April 2016.

                        Respectfully submitted,

                        __/s/ Thomas F. Cullen, Jr._____
                        Thomas F. Cullen, Jr.
                        D.C. Bar No. 224733
                        JONES DAY
                        51 Louisiana Ave. N.W.
                        Washington, D.C. 20001
                        Phone: (202) 879-3939
                        Fax: (202) 626-1700
                        tfcullen@jonesday.com

                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2016, I electronically filed the **MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF KELLY A. CARRERO TO THE BAR OF THIS COURT PRO HAC VICE** using the CM/ECF system, which sent electronic notices to all parties.

                                                    /s/ Thomas F. Cullen, Jr.
                                             Thomas F. Cullen, Jr. (D.C. Bar. No. 224733)