IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------
                                               )
IN RE HARMAN INTERNATIONAL                     )
INDUSTRIES, INC. SECURITIES                    )   Case No. 1:07-cv-01757
LITIGATION                                     )
                                               )
---------------------------------------------------

**MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF
RYAN J. ANDREOLI TO THE BAR OF THIS COURT PRO HAC VICE**

THE UNDERSIGNED, Thomas F. Cullen, Jr., pursuant to LCvR 82.3(d), and as a member of the Bar of the United States District Court for the District of Columbia, respectfully moves that Ryan J. Andreoli, an attorney with the firm of Jones Day, 222 East 41st Street, New York, New York 10017-6702, (212) 326-3939, be admitted to appear and practice in this Court in the instant case as counsel *pro hac vice* for Defendants.

In support of this motion, I state:

1. Mr. Andreoli is a member in good standing of the bar of the State of New York;

2. Mr. Andreoli has no disciplinary complaints pending against him for any violation of the rules of the court in New York;

3. Mr. Andreoli has not been suspended or disbarred for disciplinary reasons from practice in any court; and

4. Mr. Andreoli has not been admitted *pro hac vice* to this Court any time in the previous two years.

WHEREFORE, the admission of Mr. Andreoli is moved this 3rd day of May 2016.

    Respectfully submitted,

    __/s/ Thomas F. Cullen, Jr._____
    Thomas F. Cullen, Jr.
    D.C. Bar No. 224733
    JONES DAY
    51 Louisiana Ave. N.W.
    Washington, D.C. 20001
    Phone: (202) 879-3939
    Fax: (202) 626-1700
    tfcullen@jonesday.com

    *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, I electronically filed the **MOTION PURSUANT TO LOCAL RULE 82.3(d) FOR ADMISSION OF RYAN J. ANDREOLI TO THE BAR OF THIS COURT PRO HAC VICE** using the CM/ECF system, which sent electronic notices to all parties.

    /s/ Thomas F. Cullen, Jr.
Thomas F. Cullen, Jr. (D.C. Bar. No. 224733)