UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 07-cv-1757-RC |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR (I) PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; (II) PRELIMINARY CERTIFICATION OF A SETTLEMENT CLASS; (III) APPROVAL OF FORM AND MANNER OF NOTICE, AND (IV) SETTING OF DATE FOR FINAL APPROVAL HEARING**

Lead Plaintiff Arkansas Public Employees Retirement System, upon the accompanying Memorandum in support and Stipulation of Settlement, with exhibits, hereby moves this Court for an Order: (i) preliminarily approving the Settlement; (ii) preliminarily certifying a settlement class; (iii) approving the form and manner of notice; and (iv) setting a date for a final approval hearing regarding the Settlement.

Before filing this motion, Lead Plaintiff conferred with Defendants, and Defendants do not oppose this motion.

Dated: April 19, 2017

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
Times Wang (D.C. Bar No. 1025389)
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Counsel for Lead Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2017, I caused the foregoing document to be served on all counsel of record by filing using the Court's ECF system.

                                          */s/ Times Wang*
                                          Times Wang