UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE HARMAN INTERNATIONAL INDUSTRIES, INC. SECURITIES LITIGATION | Case No. 07-cv-1757-RC |

**LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

Lead Counsel Cohen Milstein Sellers & Toll PLLC hereby moves this Court for an Order granting Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

This motion is based upon this motion, the accompanying memorandum of law, the accompanying Declaration of Steven J. Toll in support of the motion, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on the motion.[1]

Dated: August 24, 2017

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

*/s/ Steven J. Toll*
Steven J. Toll (D.C. Bar No. 225623)
Daniel S. Sommers (D.C. Bar No. 416549)
S. Douglas Bunch (D.C. Bar No. 974054)
Times Wang (D.C. Bar No. 1025389)
1100 New York Avenue, N.W.
Suite 500, East Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

*Lead Counsel for Lead Plaintiff*

---

[1] Pursuant to Local Civil Rule 7(m), Lead Counsel has conferred with counsel for Defendants, who do not indicate that they intend to oppose this motion.

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2017, I caused the foregoing document to be served on all counsel of record by filing using the Court's ECF system.

*/s/ Times Wang*
Times Wang
